1  THOMAS P. QUINN, JR. (SBN 132268)
   NOKES & QUINN
2  410 Broadway, Suite 200
3  Laguna Beach, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070
   Email: tquinn@nokesquinn.com
5
6  Attorney for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH POWELL-WILSON, | Case No.: 2:18-cv-00375-JAM-AC |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER** |
| vs. | |
| EQUIFAX INC., | **Complaint Served:** 02/19/2018 |
| Defendant. | **Original Response Date:** 03/12/2018 |
| | **Current Response Date:** 04/11/2018 |
| | **New Response Date:** 30 Days from Filing Date of Plaintiff's First Amended Complaint |

Plaintiff KENNETH POWELL-WILSON ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on February 19, 2018.

2. Defendant's initial deadline to respond to the Complaint was March 12, 2018.

3. Plaintiff and Defendant agreed to extend the time 30 days for Defendant to respond to the Complaint up to and including April 11, 2018, so that Defendant would have additional time to investigate this matter and the parties could explore the possibility of settlement.  Accordingly,

- 1 –

_____

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

1 on March 2, 2018, Defendant filed a stipulation between Plaintiff and Defendant to extend Defendant's time to respond to the Complaint up to and including April 11, 2018 (docket #5).

4. On or about April 5, 2018, Plaintiff informed Defendant that he intended to file a First Amended Complaint. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to answer, move or otherwise respond to the Complaint should be further extended to 30 days from the filing date of the First Amended Complaint, and therefore, submit this second stipulation to extend time to respond to the Complaint to thirty days from the filing date of the First Amended Complaint.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted April 10, 2018:

NOKES & QUINN

 /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorney for Defendant Equifax Inc.


/s/ Elliot W. Gale
ELLIOT W. GALE (Bar No. 263326)
SAGARIA LAW, P.C.
3017 Douglas Blvd, Suite 200
Roseville, CA 95661
Tel: (408) 279-2288
Fax: (408) 279-2299
Email: egale@sagarialaw.com
Attorney for Plaintiff

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

**Signature Attestation**

I obtained the authorization of Elliot W. Gail to affix his signature to this stipulation and submit this stipulation on his behalf.

April 10, 2018                           /s/ Thomas P. Quinn, Jr.
                                         THOMAS P. QUINN, JR.

# ORDER

Pursuant to stipulation, Defendant Equifax, Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files his first amended complaint.

**IT IS SO ORDERED**

Dated: 4/10/2018 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500